UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *an assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>vs.<br><br>GOHUNT, LLC, GOHUNT MANAGEMENT HOLDINGS, LLC, GOHUNT MANAGEMENT HOLDINGS II, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals*, and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 2:24-cv-04380 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
PURSUANT TO FED. R. CIV. P. RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants states as follows:

1. GoHunt, LLC is a limited liability company organized under the laws of the State of Nevada with its principal place of business located in Nevada. GoHunt, LLC's members and their citizenships are as follows:

   - The Blake L. Sartini and Delise F. Sartini Family Trust, which is a trust organized under the laws of the State of Nevada. The Blake L. Sartini and Delise F. Sartini Family Trust's trustees and their citizenships are as follows:
     - Blake L. Sartini, II (Nevada)
     - Delise Sartini (Nevada)
   - Sandra V. Russo (Nevada)

ADMIN 693469078v1

- Lorenzo M. Sartini (Nevada)

- GoHunt Management Holdings, LLC (see ¶ 2, infra)

- GoHunt Management Holdings II, LLC (see ¶ 3, infra)

2. GoHunt Management Holdings, LLC is a limited liability company organized under the laws of the State of Nevada with its principal place of business located in Nevada. GoHunt Management Holdings, LLC's members and their citizenships are as follows:

- Christopher M. Porter (Nevada)

- Joseph E. Stone (Nevada)

- Charles H. Portell (Nevada)

- Leslie Marcel Ottolenghi (Colorado)

- Nanda Kishore Reddy (Nevada)

3. GoHunt Management Holdings II, LLC is a limited liability company organized under the laws of the State of Nevada with its principal place of business located in Nevada. GoHunt Management Holdings II, LLC's members and their citizenships are as follows:

- The Lorenzo Michael Sartini Separate Property Trust, which is a trust organized under the laws of the State of Nevada. The Lorenzo Michael Sartini Separate Property Trust's trustees and their citizenships are as follows:

    - Lorenzo M. Sartini (Nevada)

- Christopher M. Porter (Nevada)

- Nanda Kishore Reddy (Nevada)

- Andrew Elder (New York)

- Lane Colyer (Montana)

- Brady Jay Miller (Nevada)

- Brandon Scott Evans (Utah)

- Hemant Nayan (Utah)

- Richard Henry Fahey (Utah)

- Max Stevenson Fronek (California)

- Scott Christensen (Nevada)

- Mason Hampton (Idaho)

4. No publicly held corporation owns 10% or more of any of the Defendants.

Date: March 29, 20024

By: *David E. Sellinger*
David E. Sellinger
Aaron Van Nostrand
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677
(973) 360-7900
*Attorneys for Defendants*

ADMIN 693469078v1