AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:24-cv-04380 |
| GOHUNT, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants GoHunt, LLC, GoHuntManagement Holdings, LLC and GoHunt Management Holdings II, LLC    .

Date:      03/26/2024

/s/ Aaron Van Nostrand
*Attorney's signature*

Aaron Van Nostrand (027472002)
*Printed name and bar number*

Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
*Address*

Aaron.VanNostrand@gtlaw.com
*E-mail address*

(973) 360-7900
*Telephone number*

(973) 295-1321
*FAX number*