UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                            **DATE OF PROCEEDINGS: 05/07/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4380 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al.
            v.
GOHUNT, LLC et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  2:58 PM                     Time Adjourned: 3:00 PM

Total:  2 minutes

                                             s/ *David Bruey*
                                             **DEPUTY CLERK**