# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| <u>We Inform, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| <u>Infomatics, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| <u>The People Searchers, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| <u>DM Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

Atlas Data Privacy Corporation, et. al.           )
    *Plaintiff*                                                          )
        v.                                                                )   Case No. 24-4096
                                                                            )
Delvepoint, LLC, et. al.                                        )
    *Defendant*                                                     )

Atlas Data Privacy Corporation, et. al.           )
    *Plaintiff*                                                          )
        v.                                                                )   Case No. 24-4098
                                                                            )
Quantarium Alliance, LLC, et. al.                  )
    *Defendant*                                                     )

Atlas Data Privacy Corporation, et. al.           )
    *Plaintiff*                                                          )
        v.                                                                )   Case No. 24-4103
                                                                            )
Yardi Systems, Inc., et. al.                                )
    *Defendant*                                                     )

Atlas Data Privacy Corporation, et. al.           )
    *Plaintiff*                                                          )
        v.                                                                )   Case No. 24-4141
                                                                            )
Digital Safety Products, LLC, et. al.             )
    *Defendant*                                                     )

Atlas Data Privacy Corporation, et. al.           )
    *Plaintiff*                                                          )
        v.                                                                )   Case No. 24-4143
                                                                            )
Cvil Data Research                                           )
    *Defendant*                                                     )

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Scalable Commerce, LLC, et. al. )<br>*Defendant* ) | | Case No. 24-4160 |
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Labels & Lists, Inc., et. al. )<br>*Defendant* ) | | Case No. 24-4174 |
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Innovis Data Solutions Inc., et. al. )<br>*Defendant* ) | | Case No. 24-4176 |
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Accurate Append, Inc., et. al. )<br>*Defendant* ) | | Case No. 24-4178 |
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Zillow, Inc., et. al. )<br>*Defendant* ) | | Case No. 24-4256 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>    *Plaintiff* )<br>        v. )<br>          )<br>Equimine, Inc., et. al. )<br>    *Defendant* ) | Case No. 24-4261 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>    *Plaintiff* )<br>        v. )<br>          )<br>Melissa Data Corp., et. al. )<br>    *Defendant* ) | Case No. 24-4292 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>    *Plaintiff* )<br>        v. )<br>          )<br>Restoration of America, et. al. )<br>    *Defendant* ) | Case No. 24-4324 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>    *Plaintiff* )<br>        v. )<br>          )<br>i360, LLC, et. al. )<br>    *Defendant* ) | Case No. 24-4345 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>    *Plaintiff* )<br>        v. )<br>          )<br>GoHunt, LLC, et. al. )<br>    *Defendant* ) | Case No. 24-4380 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>        v.  )<br>  )<br><u>Accuzip, Inc., et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4383 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>        v.  )<br>  )<br><u>Synaptix Technology, LLC, et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4385 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>        v.  )<br>  )<br><u>Joy Rockwell Enterprises, Inc., et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4389 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>        v.  )<br>  )<br><u>Fortnoff Financial, LLC, et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4390 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>        v.  )<br>  )<br><u>MyHeritage, Ltd., et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4392 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>E-merges.com, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4434 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>Nuwber, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4609 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>RocketReach LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4664 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>Belles Camp Communications, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4949 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>Property Radar Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-5600 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5656 |
| | ) | |
| <u>The Alesco Group, L.L.C., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5658 |
| | ) | |
| <u>Searchbug, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5775 |
| | ) | |
| <u>Amerilist, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-7324 |
| | ) | |
| <u>U.S. Data Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8075 |
| | ) | |
| <u>Smarty, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>v.  )<br>  )<br><u>Compact Information Systems, LLC., et. al.</u>  )<br>*Defendant*  )<br>  )<br><u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>v.  )<br>  )<br><u>Darkowl, LLC, et. al.</u>  )<br>*Defendant*  ) | Case No. 24-8451<br><br><br><br><br><br>Case No. 24-10600 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date:   12/6/2024

*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*