UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:    December 10, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**    SHARON RICCI

**TITLE OF CASE:**                    **DOCKET NO.:** 24-4380 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
GOHUNT, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

                                        s/Lawrence Macstravic
                                        Deputy Clerk

Time Commenced: 10:40a.m.      Time Adjourned: 10:41a.m.      Total Time in Court: 0:01