**GREENBERG TRAURIG LLP**
David Sellinger, Esq.
Aaron Van Nostrand, Esq.
Samantha Varsalona, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932-0677
(973) 360-7900
sellingerd@gtlaw.com
Aaron.VanNosrand@gtlaw.com
varsalonas@gtlaw.com

*Attorneys for Defendants GoHunt LLC,*
*GoHunt Management Holdings, LLC*
*GoHunt Management Holdings II, LLC*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br>*Plaintiffs*, <br><br> v. <br><br> GOHUNT, LLC, et al., <br><br> *Defendants*. | Civil Action No. 1:24-4380 <br><br> (Hon. Harvey Bartle, III) <br><br> **Oral Argument Requested** <br><br> **DEFENDANTS' CONSOLIDATED MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2)** |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DELVEPOINT LLC, et al., <br><br> *Defendants*. | Civil Action No. 24-4096 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., *Plaintiffs*, v. EQUIMINE, INC., et al., *Defendants*. | Civil Action No. 24-4261 |
| ATLAS DATA PRIVACY CORPORATION, et al., *Plaintiffs*, v. MELISSA DATA CORP., et al., *Defendants*. | Civil Action No. 24-4292 |
| ATLAS DATA PRIVACY CORPORATION, et al., *Plaintiffs*, v. NUWBER, INC., et al., *Defendants*. | Civil Action No. 24-4609 |
| ATLAS DATA PRIVACY CORPORATION, et al., *Plaintiffs*, v. BELLES CAMP COMMUNICATIONS, INC., et al., *Defendants*. | Civil Action No. 24-4949 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> SPY DIALER, INC., et al., <br><br> *Defendants*. | Civil Action No. 24-11023 |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LIGHTHOUSE LIST COMPANY, LLC, et al., <br><br> *Defendants*. | Civil Action No. 24-11443 |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> QUANTARIUM ALLIANCE, LLC, et al., <br><br> *Defendants*. | Civil Action No. 24-4098 |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> E-MERGES.COM INC., et al., <br><br> *Defendants*. | Civil Action No. 24-4434 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PEOPLEWHIZ, INC., et al., <br><br> *Defendants*. | Civil Action No. 25-0237 |

TO:    Rajiv D. Parikh
        Kathleen Barnett Einhorn
        Pem Law LLP
        1 Boland Dr., Suite 101
        West Orange, New Jersey 07052
        rparikh@pemlawfirm.com
        keinhorn@pemlawfirm.com

        Mark Mao
        Boies Schiller Flexner LLP
        44 Montgomery Street, 41st Floor
        San Francisco, CA 94104
        mmao@bsfllp.com

        John Yanchunis
        Morgan and Morgan
        201 N. Franklin Street, 7th Floor
        Tampa FL 33602
        jyanchunis@ForThePeople.com

       **PLEASE TAKE NOTICE** that the undersigned counsel for the defendants in the above-captioned matters (collectively, "Defendants") hereby move for an order dismissing the Complaints filed in the above-captioned matters with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction.

       **PLEASE TAKE FURTHER NOTICE** that in support of the motion, Defendants shall rely on the enclosed Memorandum of Law, the Certification of David Sellinger, Esq., and the exhibit attached thereto. A proposed form of Order also is submitted for the Court's convenience.

ACTIVE 708779220v1

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: March 18, 2025                               **GREENBERG TRAURIG, LLP**

<u>/s/ David E. Sellinger</u>
David E. Sellinger
Aaron Van Nostrand
Samantha Varsalona
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677
(973) 443-3557
sellingerd@gtlaw.com
aaron.vannosrand@gtlaw.com
varsalonas@gtlaw.com

*Attorneys for Defendants*
*GoHunt, LLC (1:24-cv-04380)*

Dated: March 18, 2025                               **WADE CLARK MULCAHY LLP**

<u>/s/ Robert J. Cosgrove</u>
Robert J. Cosgrove, Esq.
955 South Springfield Avenue, Suite 100
Springfield, NJ 07081
267.665.0743
WCM No.: 827.16116
RCosgrove@wcmlaw.com

*Attorneys for Defendant Delvepoint, LLC (1:24-cv-04096)*

Dated: March 18, 2025                               **GIBBONS P.C.**

<u>s/ Frederick W. Alworth</u>
Frederick W. Alworth
Kevin R. Reich
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
falworth@gibbonslaw.com
kreich@gibbonslaw.com

*Attorneys for Defendants*
*Equimine, Inc. (1:24-cv-04261)*

| | |
|---|---|
| Dated:  March 18, 2025 | **RIKER DANZIG LLP**<br><br>*/s/ Michael P. O'Mullan*<br>Michael P. O'Mullan (ID 029681996)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962<br>Telephone: (973) 451-8477<br>Email: momullan@riker.com<br><br>*Attorneys for Defendant*<br>*Melissa Data Corporation (1:24-cv-04292)* |
| Dated:  March 18, 2025 | **GORDON REES SCULLY MANSUKHANI LLP**<br><br>*/s/ Clair E. Wischusen*<br>Clair E. Wischusen<br>291 W. Mt. Pleasant Avenue<br>Suite 3310<br>Livingston, NJ 07039<br>cwischusen@grsm.com<br><br>*Attorneys for Defendant Nuwber, Inc. (1:24-cv-04609) and Defendants, Quantarium Alliance, LLC and Quantarium Group, LLC (1:24-cv-4098)* |
| Dated:  March 18, 2025 | **BLANK ROME LLP**<br>*A Pennsylvania LLP*<br><br>*/s/ Stephen M. Orlofsky*<br>Stephen M. Orlofsky<br>New Jersey Resident Partner<br>Philip N. Yannella<br>Thomas P. Cialino<br>300 Carnegie Center, Suite 220<br>Princeton, NJ 08540<br>Tel: (609) 750-2646<br>Stephen.Orlofsky@blankrome.com<br>Philip.Yannella@blankrome.com<br>Thomas.Cialino@blankrome.com<br><br>*Attorneys for Defendant, Belles Camp Communications, Inc. (1:24-cv-04949)* |

Dated:  March 18, 2025                                        **KAUFMAN DOLOWICH LLP**

<u>*/s/ Timothy M. Ortolani*</u>
Christopher Nucifora, Esq.
Timothy M. Ortolani, Esq.
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601
Tel:    (201) 708-8207
Fax:    (201) 488-6652
cnucifora@kaufmandolowich.com
tortolani@kaufmandolowich.com

*Attorneys for Defendant, Spy Dialer, Inc. (1:24-cv-11023)*

Dated:  March 18, 2025                                        **STARR, GERN, DAVISON & RUBIN, P.C.**

<u>*/s/ Ronald L. Davison*</u>
Ronald L. Davison, Esq. (266481971)
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068-1640
Tel: 973.403.9200
rdavison@starrgern.com

**ZWILLGEN PLLC**
Jacob Sommer, Esq.
1900 M. Street NW, Suite 250
Washington, DC 20036
Tel: 202.706.5205
jake@zwillgen.com
(*pro hac vice* pending)

Sudhir V. Rao, Esq.
183 Madison Avenue, Suite 1504
New York, NY 10016
Tel: 646.362.5590
Sudhir.Rao@zwillgen.com
(*pro hac vice* pending)

*Attorneys for Defendant Lighthouse List Company, LLC (1:24-cv-11443)*

| | |
|---|---|
| Dated:  March 18, 2025 | **RKW, LLC**<br><br>*/s/ H. Mark Stichel*<br>H. Mark Stichel (*pro hac vice*)<br>Stacey Torres (293522020)<br>10075 Red Run Blvd., Suite 401<br>Owings Mills, MD  21117<br>(443) 379-8941<br>storres@rkwlawgroup.com<br><br>*Attorneys for Defendant*<br>*E-Merges.com, Inc. (1:24-cv-04434)* |
| Dated:  March 18, 2025 | **KNUCKLES & MANFRO LLP**<br><br>*/s/ John E. Brigani*<br>John E. Brigandi, Esq.<br>600 East Crescent Avenue, Suite 201<br>Upper Saddle River, NJ 07458<br>(201) 391-0370<br>jeb@km-llp.com<br><br>*Attorneys for Defendant, PeopleWhiz, Inc. (1:25-cv-00237)* |