

Aaron Van Nostrand
Tel 973.443.3557
Aaron.vannostrand@gtlaw.com

March 18, 2025

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> Re:  *Atlas Data Privacy Corp, et al. v. GoHunt LLC, et al.*
>      Civil Action No. 1:24-cv-04380-HB

Dear Judge Bartle:

This firm represents Defendants GoHunt, LLC, GoHunt Management Holdings, LLC and GoHunt Management Holdings II, LLC ("Defendants") in the above-referenced matter.

We write to advise the Court that Defendants join the Consolidated Motion to Dismiss Pursuant to Fed. R. Civ. Pr. 12(b)(6), which was filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. DM Group*, Civil Action No. 1:24-cv-4075. For the reasons set forth in those Consolidated Motion, Defendants respectfully request that the Court grant the motions and dismiss Plaintiffs' Complaint in this matter with prejudice.

We thank the Court for its courtesies and consideration of this matter.

Respectfully submitted,

*/s/ Aaron Van Nostrand*
Aaron Van Nostrand

cc: Counsel of record (via ECF)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
   GREENBERG TRAURIG GERMANY, LLP
*  OPERATES AS
   GREENBERG TRAURIG MAHER LLP
+  OPERATES AS
   GREENBERG TRAURIG, S.C.
∞ STRATEGIC ALLIANCE
~ OPERATES AS
   GREENBERG TRAURIG LLP
   FOREIGN LEGAL CONSULTANT OFFICE
^  A BRANCH OF
   GREENBERG TRAURIG, P.A.,
   FLORIDA USA
¤ OPERATES AS
   GT TOKYO HORITSU JIMUSHO
** OPERATES AS
   GREENBERG TRAURIG GRZESIAK SP.K.

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7915 ■ Fax 973.301.8410