**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Kathleen Barnett Einhorn, Esq. (040161992)
Jessica A. Merejo, Esq. (288592020)
1 Boland Drive, Suite 101
West Orange, New Jersey 07502
Telephone: (973) 577-550
Facsimile: (973) 860-4433
Email: rparikh@pemlawfirm.com
       keinhorn@pemlawfirm.com
       jmerejo@pemlawfirm.com

**MORGAN & MORGAN**
John A. Yanchunis, Esq. (*pro hac vice* to be filed)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
Email: jyanchunis@forthepeople.com

*Attorneys for Plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons; Jane Doe-1 and Jane Doe-2, law enforcement officers; and Peter Andreyev*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, and PETER ANDREYEV,<br><br>Plaintiffs,<br>v.<br>GOHUNT, LLC, GOHUNT MANAGEMENT HOLDINGS, LLC, GOHUNT MANAGEMENT HOLDINGS II, LLC, RICHARD ROES 1-10, *fictious names of unknown individuals* and ABC COMPANIES 1-10, *fictious names of unknown entities*.<br><br>Defendants. | Civil Action No. 1:24-cv-4380 |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISQUALIFY COUNSEL FOR DEFENDANTS**

Plaintiffs, pursuant to Fed. R. Civ. P. 6(b)(1), file this unopposed motion for an extension of time to file a motion to disqualify counsel for Defendants. In support, Plaintiffs state:

1. On April 2, 2025, this Court set April 17, 2025 as the deadline for Plaintiffs to file any motion to disqualify counsel for Defendants in Atlas Data Privacy Corp., et al. v. GoHunt, LLC, et al., Civ. A. No. 24-4380. [ECF 50].

2. Plaintiffs have been working with counsel for Defendants to explore whether they can resolve some or all of the issues related to the contemplated motion to disqualify counsel.

3. In connection with these ongoing discussions, Plaintiffs seek a one-week extension of the deadlines set in connection with any motion to disqualify, and respectfully request that this Court enter an Order resetting the briefing schedule on any motion to disqualify counsel for Defendants as follows:

   a. Plaintiffs shall file any motion to disqualify counsel on or before April 24, 2025.

   b. Defendants shall file any brief in opposition to any motion to disqualify counsel on or before May 8, 2025.

   c. Plaintiffs shall file any reply on or before May 16, 2025.

4. Although the present motion is not filed jointly or by consent, Counsel for Defendants spoke with my co-counsel, John A. Yanchunis, Esq. of Morgan & Morgan, Complex Litigation Group, and in that conversation, counsel for Defendants indicated that relief requested herein is unopposed.

5. This extension will not prejudice any party.

**WHEREFORE,** Plaintiffs respectfully request that this Court enter an Order providing Plaintiffs an extension to file any motion to disqualify counsel for Defendants and resetting the briefing schedule on such a motion accordingly.

Dated: April 17, 2025 　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**PEM LAW LLP**
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　By:　　s/ *Rajiv D. Parikh*
　　　　　　　　　　　　　　　　　　　　　　　　RAJIV D. PARIKH