**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Kathleen Barnett Einhorn, Esq. (040161992)
Jessica A. Merejo, Esq. (288592020)
1 Boland Drive, Suite 101
West Orange, New Jersey 07502
Telephone: (973) 577-550
Facsimile: (973) 860-4433
Email: rparikh@pemlawfirm.com
       keinhorn@pemlawfirm.com
       jmerejo@pemlawfirm.com

**MORGAN & MORGAN**
John A. Yanchunis, Esq. (*pro hac vice* to be filed)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
Email: jyanchunis@forthepeople.com

*Attorneys for Plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons; Jane Doe-1 and Jane Doe-2, law enforcement officers; and Peter Andreyev*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, and PETER ANDREYEV,<br><br>          Plaintiffs,<br>     v.<br>GOHUNT, LLC, GOHUNT MANAGEMENT HOLDINGS, LLC, GOHUNT MANAGEMENT HOLDINGS II, LLC, RICHARD ROES 1-10, *fictious names of unknown individuals* and ABC COMPANIES 1-10, *fictious names of unknown entities.*<br><br>          Defendants. | Civil Action No. 1:24-cv-4380<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR THE EXTENSION OF TIME TO FILE MOTION TO DISQUALIFY COUNSEL FOR DEFENDANTS** |

Considering the Motion for Extension of Time to File Motion to Disqualify Counsel for Defendants and Reset Briefing Schedule,

1

2

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and Plaintiffs shall have until April 24, 2025, to file a Motion to Disqualify Counsel for Defendants, Defendants shall have until May 8, 2025, to file any brief in opposition, and Plaintiffs shall have until May 16, 2025 to file a reply.

Entered this __21st__ day of April, 2025.

/s/ Harvey Bartle III
J.