```
                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY                   :         CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
WE INFORM, LLC, et al.               :         NO. 24-4037
─────────────────────────────────────────────────────────────
ATLAS DATA PRIVACY                   :         CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
INFOMATICS, LLC, et al.              :         NO. 24-4041
─────────────────────────────────────────────────────────────
ATLAS DATA PRIVACY                   :         CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
THE PEOPLE SEARCHERS, LLC, et        :         NO. 24-4045
al.                                  :
─────────────────────────────────────────────────────────────
ATLAS DATA PRIVACY                   :         CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
DELVEPOINT, LLC, et al.              :         NO. 24-4096
─────────────────────────────────────────────────────────────
ATLAS DATA PRIVACY                   :         CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
QUANTARIUM ALLIANCE, LLC, et         :         NO. 24-4098
al.                                  :
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| EQUIMINE, INC., et al. | : | NO. 24-4261 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| MELISSA DATA CORP., et al. | : | NO. 24-4292 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| GOHUNT, LLC, et al. | : | NO. 24-4380 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| E-MERGES.COM, INC. | : | NO. 24-4434 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| NUWBER, INC., et al. | : | NO. 24-4609 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| BELLES CAMP COMMUNICATIONS, INC., et al. | : | NO. 24-4949 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| SPY DIALER, INC., et al. | : | NO. 24-11023 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| LIGHTHOUSE LIST COMPANY, LLC, et al. | : | NO. 24-11443 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| PEOPLEWHIZ, | : | NO. 25-237 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| GREENFLIGHT VENTURE CORP., et al. | : | NO. 25-1517 |

ORDER

AND NOW, this 12th day of May 2025, upon receipt of letter requests by several of the parties in these actions, it is hereby ORDERED that:

(1)  the order of this court dated May 1, 2025 is VACATED; and

(2)  defendants in the above-captioned actions shall promptly provide the court with courtesy copies, both by email and in paper format, of their answers to interrogatories to be served pursuant to the court's order dated April 2, 2025 so that the court may review them prior to a to-be-scheduled status conference.

BY THE COURT:

/s/  Harvey Bartle III
                    J.