

Aaron Van Nostrand
Tel 973.443.3557
Aaron.vannostrand@gtlaw.com

May 14, 2025

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp, et al. v. GoHunt LLC, et al.*
      Civil Action No. 1:24-cv-04380-HB

Dear Judge Bartle:

This firm represents Defendants GoHunt, LLC, GoHunt Management Holdings, LLC and GoHunt Management Holdings II, LLC in the above-referenced matter. Defendants in the following cases respectfully request that the enclosed Confidentiality Order be entered in their cases:

   GoHunt, LLC (No. 24-4380)
   Delvepoint, LLC (No. 24-4096)
   Equimine, Inc. (No. 24-4261)
   Melissa Data Corp. (No. 24-4292)
   Belles Camp Communications (No. 24-4949)
   Spy Dialer, Inc. (No. 24-11023)
   Lighthouse List Company, LLC (No. 24-11443)
   PeopleWhiz, Inc. (No. 25-0237)
   We Inform, LLC (No. 24-4037)
   The People Searchers, LLC (No. 24-4045)
   Infomatics, LLC (No. 24-4041)

Plaintiffs consent to the entry of the Confidentiality Order in these cases. We thank the Court for its consideration.

Respectfully submitted,

*/s/ Aaron Van Nostrand*
Aaron Van Nostrand

cc: Counsel of record (via ECF)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
   GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS
   GREENBERG TRAURIG MAHER LLP
+ OPERATES AS
   GREENBERG TRAURIG, S.C.
∞ STRATEGIC ALLIANCE
~ OPERATES AS
   GREENBERG TRAURIG LLP
   FOREIGN LEGAL CONSULTANT OFFICE
** A BRANCH OF
   GREENBERG TRAURIG, P.A.,
   FLORIDA USA
¤ OPERATES AS
   GT TOKYO HORITSU JIMUSHO
= OPERATES AS
   GREENBERG TRAURIG GRZESIAK SP.K.

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7915 ■ Fax 973.301.8410