| | |
|---|---|
| **PEM LAW LLP**<br>Rajiv D. Parikh, Esq. (032462005)<br>Jessica A. Merejo, Esq. (288592020)<br>1 Boland Drive, Suite 101<br>West Orange, New Jersey 07052<br>Tel.: (973) 577-5500<br>Email: rparikh@pemlawfirm.com<br>         jmerejo@pemlawfirm.com<br><br>*Attorneys for Plaintiffs* | **GREENBERG TRAURIG LLP**<br>Aaron Van Nostrand<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Tel. 973-443-3557<br>Email: Aaron.vannostrand@gtlaw.com<br><br><br>*Attorneys for Defendants* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>GOHUNT, LLC, et al.,<br><br>            Defendants. | No. 1:24-cv-04380 |

It is hereby stipulated and agreed, by and between Plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Scott Maloney, Justyna Maloney, and Peter Andreyev (collectively "Plaintiffs") and Defendant Brooks Integrated Marketing, LLC ("Defendant"), by and through their undersigned counsel that this matter is dismissed with prejudice without costs.

The Parties and any other person subject to the terms of the Settlement Agreement dated December 13, 2025 (the "Agreement") agree that this Court shall retain jurisdiction over it and them for purpose of enforcing the terms of the Agreement.

ACTIVE 717720117v1

| | |
|---|---|
| **PEM LAW LLP** | **GREENBERG TRAURIG LLP** |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| By: *s/ Jessica A. Merejo* | By: *s/ Aaron Van Nostrand* |
| JESSICA A. MEREJO | AARON VAN NOSTRAND |