**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Jessica A. Merejo, Esq. (288592020)
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Tel.: (973) 577-5500
Email: rparikh@pemlawfirm.com
       jmerejo@pemlawfirm.com

*Attorneys for Plaintiffs*

**GREENBERG TRAURIG LLP**
Aaron Van Nostrand
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel. 973-443-3557
Email: Aaron.vannostrand@gtlaw.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>GOHUNT, LLC, et al.,<br><br>    Defendants. | No. 1:24-cv-04380 |

It is hereby stipulated and agreed, by and between Plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Jane Doe-1, and Peter Andreyev (collectively "Plaintiffs") and Defendant GOHUNT, LLC ("Defendant"), by and through their undersigned counsel that this matter is dismissed with prejudice without costs.

The Parties and any other person subject to the terms of the Settlement Agreement dated December 13, 2025 (the "Agreement") agree that this Court shall retain jurisdiction over it and them for purpose of enforcing the terms of the Agreement.

**PEM LAW LLP**
*Attorneys for Plaintiffs*

ACTIVE 717720117v1

By:  /s/ *Jessica A. Merejo*
      JESSICA A. MEREJO

**GREENBERG TRAURIG LLP**
*Attorneys for Defendant*

By:  /s/ *Aaron Van Nostrand*
     AARON VAN NOSTRAND

ACTIVE 717720117v1