**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Jessica A. Merejo, Esq. (288592020)
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Tel.: (973) 577-5500
Email: rparikh@pemlawfirm.com
        jmerejo@pemlawfirm.com

*Attorneys for Plaintiffs*

**GREENBERG TRAURIG LLP**
Aaron Van Nostrand
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel. 973-443-3557
Email: Aaron.vannostrand@gtlaw.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br>          Plaintiffs, <br><br>     vs. <br><br> GOHUNT, LLC, GOHUNT MANAGEMENT HOLDINGS, LLC, GOHUNT MANAGEMENT HOLDINGS II, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals*, and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br>          Defendants. | No. 1:24-cv-04380 |

It is hereby stipulated and agreed, by and between Plaintiffs, Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Scott Maloney, Justyna Maloney, and Peter Andreyev (collectively "Plaintiffs") and Defendants GoHunt, LLC, GoHunt Management Holdings, LLC, and GoHunt Management Holdings II, LLC ("Defendants"), by and through their undersigned counsel that this matter is dismissed with prejudice without costs.

ACTIVE 717720117v1

The Parties and any other person subject to the terms of the Settlement Agreement dated December 13, 2025 (the "Agreement") agree that this Court shall retain jurisdiction over it and them for purpose of enforcing the terms of the Agreement.


**PEM LAW LLP**                              **GREENBERG TRAURIG LLP**
*Attorneys for Plaintiffs*                   *Attorneys for Defendants*


By:    *s/ Jessica A. Merejo*               By:    *s/ Aaron Van Nostrand*
       JESSICA A. MEREJO                            AARON VAN NOSTRAND


Dated: March 31, 2026                        Dated: March 31, 2026

ACTIVE 717720117v1