GENOVA BURNS LLC
ATTORNEYS AT LAW

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973-533-0777 Fax: 973.814.4045
Web: www.genovaburns.com
Affiliated with Genova Burns LLP

James M. Burns, Esq.
Partner
Member of NJ Bar and DC Court of Appeals
Jburns@GenovaBurns.com
Direct Dial: 973.535.7101

October 22, 2026

**VIA ELECTRONIC FILING**
Hon. Harvey Bartle, III, U.S.D.J.
U.S. District Court, District of New Jersey (by designation)
c/o U.S. District Court, Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re: Atlas Data Privacy Corporation et al. v. GoHunt, LLC et al., Case No.: 1:24-cv-04380**

Dear Judge Bartle:

Please disregard Document No. 90, titled "Notice by Atlas Data Privacy Corporation – Full Release and Discharge of Attorney's Charging Liens (Burns, James)," entered on October 22, 2026, as it was filed under the incorrect party.

Please note that Genova Burns is an interested party, not the Plaintiff. The documents will be refiled under the correct party.

Respectfully submitted,

**GENOVA BURNS LLC**

*/s/ James M. Burns*

JAMES M. BURNS

JMB:jlh